**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6374**

---

JONATHAN IDEMA,

Petitioner - Appellant,

versus

ARTHUR MARKS, Community Corrections Manager,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.   Terrence W. Boyle, Chief
District Judge.   (CA-97-83-5-HC-BO-2)

---

Submitted:  March 12, 1998            Decided:  March 23, 1998

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jonathan Idema, Appellant Pro Se.  Fenita Talore Morris, OFFICE OF
THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Since Appellant has already been released from prison, we dismiss his appeal and his motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED